# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE, FLORIDA DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Cleveland Lenel Jamison,

Inmate # DoJo2mni0508C6
(Enter full name of Plaintiff)

vs.

CASE NO: 1-10-CV-250-SPM/GRJ
(To be assigned by Clerk)

Alachua County Jail,

MR. HABERLAND - DETETION OFFICER
MR. JAMES - SERGEANT 107,
MR. ADKINS - CAPTAIN.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed1220'10USDcFln1AM1120

**I. PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Cleveland Lerrel Jamison
Inmate Number: DeJo2mn1050806
Prison or Jail: Jail
Mailing address: 3333 NE 39th Avenue
Gainesville, FL 32609

**II. DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: MR. HABERLAND
    Official position: DETETION OFFICER
    Employed at: Alachua County Jail
    Mailing address: 3333 NE 39th Avenue
    Gainesville, FL 32609

(2) Defendant's name: MR. JAMES
    Official position: SERGEANT # 107
    Employed at: Alachua County Jail
    Mailing address: 3333 NE 39th Avenue
    Gainesville, Fl 32609

(3) Defendant's name: MR. ADKINS
    Official position: CAPTAIN
    Employed at: Alachua County Jail
    Mailing address: 3333 NE 39th Avenue
    Gainesville, FL 32609

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

A. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?**

   Yes( )            No(✓)

   [If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

   1. **Informal Grievance**

   a. Did you submit an informal grievance?

      Yes( )            No( )

      ❖ If so, you must attach a copy of the grievance and response; exhibit ____.

   b. If not, why? _____

   2. **Formal Grievance**

   a. Did you submit a formal grievance?

      Yes( )            No( )

      ❖ If so, you must attach a copy of the grievance and response; exhibit ____.

   b. If not, why? _____

   3. **Appeal to the Office of the Secretary**

   a. Did you submit an appeal to the Office of the Secretary?

      Yes( )            No( )

      ❖ If so, you must attach a copy of the appeal and response; exhibit ____.

   b. If not, why? _____

3

4. **Disciplinary Actions**

a. Did you have a disciplinary hearing concerning this matter?

   Yes( )          No( )

   ❖ If so, you must attach a copy of the disciplinary report and disciplinary hearing team's findings and decision to this form; exhibit _____.

b. Did you lose gaintime as a result of the disciplinary hearing?

   Yes( )          No( )

c. Has the gaintime since been restored?

   Yes( )          No( )

B. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL OR DETENTION CENTER?**

   Yes(✓)          No( )

[If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer the following questions.]

1. Is there a grievance procedure at your institution or jail?

   Yes(✓)          No( )

[If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer all of the following questions in this subsection.]

2. Did you submit a grievance concerning the facts relating to your complaint?

   Yes(✓)          No( )

3. If your answer is YES:

   a. What steps did you take? TAlk TO OFFICER AND SERGEANT, Completed Grievance

   b. What were the results? Negative/GRIEVANCE DENIED

   ❖ If so, you must attach a copy of the grievance and response; exhibit __A__.

4. If your answer is NO, explain why not: _____

_____

4

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

IV. **PREVIOUS LAWSUITS**

  A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
  Yes( )   No( ✓ )

  1. Parties to previous action:
     a. Plaintiff(s): _____
     b. Defendant(s): _____
  2. Name of judge: _____   Case #: _____
  3. County and judicial circuit: _____
  4. Name of judge: _____
  5. Approximate filing date: _____
  6. If not still pending, date of dismissal: _____
  7. Reason for dismissal: _____
  8. Facts and claims of case: _____

  **(Attach additional pages as necessary to list state court cases.)**

  B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

  Yes( )   No( ✓ )

  1. Parties to previous action:
     a. Plaintiff(s): _____
     b. Defendant(s): _____
  2. District and judicial division: _____
  3. Name of judge: _____   Case #: _____
  4. Approximate filing date: _____
  5. If not still pending, date of dismissal: _____
  6. Reason for dismissal: _____
  7. Facts and claims of case: _____

  **(Attach additional pages as necessary to list other federal court cases.)**

5

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )  No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )  No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case Docket # _____
4. Approximate filing date: _____  Dismissal date: _____
5. Reason for dismissal: _____

**(Attach additional pages as necessary to list cases.)**

6

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

1.) On 9-24-10 I attempted to send out general mail while being incarcerated in the Alachua County Jail. While housed on Unit 4-G I handed officer Haberland a white envelope addressed to a family member. The envelope had not been sealed so that officer Haberland could inspect it for contraband. Upon inspecting the mail, it was read, confiscated, and placed in my property. I spoke with officer Haberland about the issue explaining that I had the right to send out mail in this manner. Officer Haberland advised me that I should return to my assigned bunk before further action be taken. No further discussion was permitted.

2.) On 9-25-10 I spoke with Sergeant James 107 concerning the issue with officer Haberland. He informed me officer Haberland did nothing wrong by not allowing my mail to be sent out, that he was enforcing the rules of the Jail. I asked Sergeant James 107 how to address this issue so that I would be allowed to send out my mail by envelope. He again informed me to write a grievance. I wrote a grievance on 9-25-10 and submitted it on 9-26-10. Sergeant James 107 responded by stating I will have to any mail that is not of a legal nature on a postcard, denying me the same opportunity as office Haberland had.

3.) On 10-21-10 I submitted a formal grievance to Captain Adkins in regards to the informal grievance submitted and the situation in its entirety. Captain Adkins also refused to address the issues at hand and denied me the remedy sought because of the rules in the inmate handbook regarding mail. Captain Adkins neither addressed the officer and Sergeant actions in the grievance or the rule of the institution which govern the mail procedures. He simply denied grievance due to rule of inmate handbook in which is also part of the grievance

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

#1. THE 1st AMENDMENT OF THE UNITED STATES CONSTITUTION OF RIGHT HAS BEEN VIOLATED IN REGARD TO FREEDOM OF SPEECH, IN THAT ONE CAN NOT FREELY EXPRESS OR CORRESPOND WITH FAMILY AND OTHERS Regarding personal issues that could jeopardize one to humiliation, identity theft, and other matters of importance with out it being exposed to the public eye.

#2 THE 4TH AMENDMENT OF THE UNITED STATES CONSTITUTION OF RIGHT Also Relate to the claims noted in the 1st Amendment violation — Being That one Right to Be secure in paper has been deprived

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

IN RELIEF SOUGHT, PLAINTIFF is SEEKING 9,999,000 Dollars From THE Alachua County Jail And THE opportunity for Inmates to correspond with whomever in a manner that is secure and not Expose Their communication to the public

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

12/1/10
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the ___1___ day of _DECEMBER_, 20 _10_.

(Signature of Plaintiff)

Revised 07/02

8

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

## INSTRUCTIONS FOR PRISONERS FILING COMPLAINTS IN CIVIL RIGHTS ACTIONS UNDER 42 U.S.C. § 1983

*Civil rights actions commenced by pro se litigants will not be considered by the Court unless this form has been completed by the litigant as explained below.*

### Explanation and Instructions - Read Carefully

1. This packet includes a complaint form which must be completed as instructed below. Also included is an *in forma pauperis* application which you must complete if you cannot pay the $250.00 filing fee.

2. Your complaint must be legibly handwritten or typewritten and all questions on the complaint form must be answered. Use your full, correct name as Plaintiff. When listing Defendants, provide name and title; *i.e.*, Officer R. Smith. You must furnish an address for each Defendant. If you need additional space to answer a question, you may use additional blank pages, but do not write on the reverse side of any page. You must sign the last page of the complaint form. ANY FALSE STATEMENT MADE ON THIS FORM MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT AND MAY ALSO SERVE AS THE BASIS FOR PROSECUTION FOR PERJURY. Keep a copy of the complaint for your records, but the complaint that is sent to the Court for filing must contain your original signature. Do not provide service copies until instructed to do so.

3. State the facts which support your claims in Section V of the complaint form. The claims raised in this action must relate to the same basic incident or issue. Any other claims must be addressed in a separate civil rights complaint. When presenting the facts, do not make legal arguments or provide case citations. If you desire to make a legal argument, you should do so by filing a separate memorandum of law. However, such argument is unnecessary at the initiation of a case. You will be advised when it is appropriate to submit evidence or legal argument in support of your claim(s). With one exception, do not attach evidence or exhibits to the complaint form. *The only exception is that prisoners are required to submit copies of all grievances which demonstrate exhaustion of administrative remedies on each claim raised in the complaint.*

4. For the complaint to be filed, you must submit a filing fee of $250.00 at the same time you submit your complaint if you are financially able to do so. If you can pay the fee, you are also responsible for the costs of service of the complaint upon Defendants, although you may seek assistance from the Court. If you are unable to pay the filing fee, you may petition the Court to proceed *in forma pauperis* using the forms included in this packet. The forms must be submitted with your complaint. You must also have an authorized official at your institution complete the certificate section of the form which provides information about your inmate bank account.

5. Those who are allowed to proceed *in forma pauperis* are entitled to service of the complaint upon Defendants by the United States Marshal. If you are granted leave to proceed *in forma pauperis*, you should not attempt to effect service of the complaint by yourself, nor should you mail to any Defendant a request for waiver of formal service pursuant to Rule 4 of the Federal Rules of Civil Procedure. The Court will order the Marshal to serve the complaint on the Defendants at the appropriate time.

6. After receiving notice from the Clerk of your case number, you must include the case number on all documents you file with the Court. You must keep a copy of every document you send to the Court, including a copy of this complaint. Litigants are not entitled to free copies from the Clerk even if proceeding *in forma pauperis*. You must immediately advise the Court of any change of address by filing a "Notice to the Court of Change of Address." This notice must contain the address change and must be signed. FAILURE TO NOTIFY THE COURT OF ANY CHANGE OF ADDRESS COULD RESULT IN THE DISMISSAL OF YOUR CASE.

Informal Grievance

 **ALACHUA COUNTY SHERIFF'S OFFICE**
Department of the Jail
Inmate Request Form

Request Number:                              Response Deadline:
Sent to (Unit/Person to respond):            On (date):

Do Not Write in the Space Above - For Classification Use Only

Jamison, Cleveland
(Inmate Name)

DOJO2MNI050806
(MNI Number)

9-25-10
(Date)

4-6
(Pod)

(Received from inmate by Staff Signature/ID#)

9/26/10 0951
(Date Rec'd/Time Rec'd)

Request/Complaint: (do not write on the back of this sheet, attach additional sheets if necessary)

ON 9-24-10 D/o S. HABERLAND 882 confiscated mail from me for Violation of Inst. Rule (4) ~~privileged~~ GENERAL mail. Mail was placed in my property for attempting to send General mail as legal. I was placed on 3 days clean up for discipline when there was no Report filed. all discipline should come from O.R Hearing board for such violations as this. D/o 882 Action was unjust

Returned to the plaintiff: In post the plaintiff's District Court copy as the mail to go to District Court for this mailed to our office prior

If an emergency phone call-please provide name and number:

**Staff Response/Action Taken:**

2010 DEC -6 PM 4:10

(Respondent's Signature/ID#)          (Date)

White: Classification Unit   Yellow: Classification Unit   Pink: Inmate Receipt

DOJ 20-58 (rev 03/2004)

THEY NEVER RESPONDED TO THIS



# ALACHUA COUNTY SHERIFF'S OFFICE
## Department of the Jail

## INMATE GRIEVANCE FORM

| Grievance Number: | Response Deadline: 11/15/10 |
|---|---|
| Sent to (Unit/Person) for response: Lt. Adkins | On (date): 10/21/10 |

1G

Inmate Name (Print): __Jamison Cleveland__  SPN#: __04021045086__  Pod __4E__

Received from Inmate By: __M. Graham Jr__  ID #: __1145__  Date: __10/21/10__
Staff Signature Indicates proper grievance/request procedures have been followed.

Only one grievance issue per form will be processed. Make sure you have tried to resolve your complaint through the appropriate staff person via an inmate request form prior to submitting a grievance. If your complaint is not an acceptable grievance, you do not follow the procedures outlined in the inmate handbook, or do not complete the entire form, it will be returned to you.

Grievance Statement __On 9/26/10 I grieved an incident where I attempted to send out mail in a envelope that was not legal mail, and it was denied, confiscated and placed into my property due to the rules of this institution. In response to the informal grievance the response was evasive to addressing the matter of the grievance so therefor I submit this formal grievance in hopes to resolve this matter. Please see attached paper__

What other steps have you taken to resolve this problem? __Spoke with Lt. Levan and Sgt. James with no satisfaction in resolving this matter__

Remedy Sought: __To be able to send out general mail in a regular envelope as permitted for legal and privilege mail__

Inmate Signature: __Cleveland Jamison__  Date: __10/21/10__

Do not write below this line

Response __Remedy sought denied. See Inmate Handbook regarding mail policy.__

Respondent: __Capt Norman Adkins__  __(signature)__  (ID#) __(Date)__
(Printed Name)

CL-15 (revised 08/02)

White: Classification Unit    Yellow: Classification Unit    Pink: Inmate Receipt

Returned to Plaintiff as this is not the U.S. District Court - mailed to our office in error

10/21/10

To Whom It May Concern:

I have addressed the issue pertaining to the rules of this institution governing the mail procedures, which only allows legal and privileged mail to be sent out in a secure envelope. In addressing this issue by way of informal grievance it was inadequately and evasively answered. However, the rules that govern the mail procedures violate the rights to the constitution of the United States Amendment 1. Although there are rules of this institution to assist it in operating in a secure and orderly fashion these rules should not invade or override an individual constitutional right, such as the rule that is used to govern the mail procedure of this institution. The rules of this institution in regards to this grievance is unjust, unconstitutional and shows a form of discrimination and prejudice in that it only allows legal and privileged mail to be sent and received in a secure manner. So shall it be with personal mail, so that one is not subject to identity theft, and the revealing ~~either~~ of other personal information to the public. Incarcerated or free. One have the right to be secure in their papers. Your assistance in resolving this matter will be greatly appreciated.

Thanks,

Cleveland Jamison

Informal Grievance?

**ALACHUA COUNTY SHERIFF'S OFFICE**
Department of the Jail
Inmate Request Form

Do Not Write In the Space Above.- For Classification Use Only

Amison C k 'wD (Inmate Name)

C (r*mn1 050,06 (MNI Number)

9-25-10 (Date)

4-6 (Pod)

(Received from inmate by Staff Signature/ID#)

04/26/10  0951 (Date Rec'd/Time Rec'd)

**Request/Complaint:** (do not write on the back of this sheet, attach additional sheets if necessary)

I Am grieving the Rules of this Inst that gives, and Exercise power to its staff to prohibit legal general mail from going out in the form of an envelope when such prohibition can expose personal Information by form of post card which this Inst. only allows general mail to be received and sent. This Also Is a Violation in a Severe Nature, itself, ond a liability

If an emergency phone call-please provide name and number:

**Staff Response/Action Taken:**

ANYTHING THAT IS OF A LEGAL NATURE CAN BE SENT OUT IN AN ENVELOPE. IF THE LETTER IS NOT OF A LEGAL NATURE, YOU WILL HAVE TO WRITE IT ON A POST CARD.

SGT _____ 102

(Respondent's Signature/ID#)

10/04/10 (Date)

White: Classification Unit   Yellow: Classification Unit   Pink: Inmate Receipt

DOJ 20-58 (rev 03/2004)

LEGAL MAIL

LEH

Cleveland Jamison-DeJournesesele
3555 NE 39th Ave
Gainesville FL 32609

Clerk U.S District Court
401 SE First Avenue
Room 243
Gainesville, FL 32601