IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLEVELEND LENEL JAMISON,

    Plaintiff,

vs.                                                  CASE NO.: 1:10-cv-250-SPM/GRJ

SHERIFF SADIE DARNELL,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 22) which recommends that Defendant's motion to dismiss be granted. Plaintiff has been afforded an opportunity to file objections, but no objections have been filed. Upon consideration, I have determined that the Report and Recommendation is accurate and should be adopted. Accordingly, it is

    **ORDERED and ADJUDGED**:

    1.    The Magistrate Judge's Report and Recommendation (doc. 22) is **adopted** and incorporated by reference into this order.

    2.    The Motion to Dismiss of Defendant (doc. 19) is **granted**.

    3.    Plaintiff's claims for injunctive relief and for monetary damages in the

        First Amended Complaint are **dismissed**.

4.     Plaintiff is granted leave to file an amended complaint on or before June 13, 2012, for the sole purpose of bringing a claim for nominal damages. If Plaintiff fails to file an amended complaint by this date, the First Amended Complaint will be deemed to have been dismissed with prejudice.

DONE AND ORDERED this 24th day of May, 2012.

                                      *S/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Senior United States District Judge